**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHNNY RAY CHEEK, #42969-177** § | | |
| Petitioner, § | | |
| § | | |
| v. § | | **CIVIL NO. 3:16-CV-1514-D** |
| § | | **(3:11-CR-157-D)** |
| **UNITED STATES OF AMERICA,** § | | |
| Respondent. § | | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

It is therefore ordered that the successive petition for writ of habeas corpus is transferred to the United States Court of Appeals for the Fifth Circuit. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

**SO ORDERED**.

July 21, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE